IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. 09-0179-CG-B |
| LINDA AND STEPHEN MCGONIGAL, | * |
| Defendants. | * |

### JUDGMENT BY DEFAULT

An entry of default having been entered by the Clerk of Court as to Defendants, Linda and Stephen McGonigal, on July 20, 2009 (Doc. 6), all in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against defaulted Defendants and having filed a proper unsworn declaration as to the amount due from Defendants to Plaintiff;

It is hereby **ORDERED** and **ADJUDGED** that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is rendered in favor of Plaintiff, the United States of America, and against Defendants, Linda and Stephen McGonigal, in the amount of $13,379.43 (principal of $9,828.87, prejudgment interest at 3.187% per annum in the amount of $310.23 through February 4, 2009, and administrative costs of $3,240.33), plus prejudgment interest at 3.187% per annum from February 4, 2009, through the date of judgment, and post judgment interest at the legal rate of 0.47% pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.

**DONE and ORDERED** this 24th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE